UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| RONALD D. AMON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:11CV491-HEH |
| | ) | |
| KAREN STUBBS, *ET AL.* | ) | |
| | ) | |
| Defendants. | ) | |

## CONFERENCE REPORT OF PARTIES

On August 26, 2011, in accordance with the Court's Order Setting Pretrial Conference, the parties, by counsel, conducted the Rule 26 (f), F.R.C.P., conference.

The parties discussed the nature and basis of their claims and defenses, and the possibilities of case resolution. The parties further discussed views and proposals with respect to a discovery plan pertaining to the areas itemized in Rule 26 (f) (3) (A-F) and agreed on the following proposed discovery plan:

    A.    Initial disclosures shall be served by September 28, 2011.

    B.    The parties agree that discovery shall be stayed pending the court's decision on the defendants' Motions to Dismiss pursuant to F.R.C.P. 12 (b)(6).

    C.    The parties do not agree to any changes from the discovery deadlines set forth in F.R.C.P. 26 and Local Civil Rule 26.

    D.    At this time, the parties did not identify any issues relating to items in Rule 26 (f) (3) (C-F) but agreed to confer in good faith to supplement the foregoing discovery plan should issues as to such items emerge in discovery.

1

By:    /s/ Jennifer Lee Parrish
Jennifer Lee Parrish, VSB # 31996
Medford J. Brown, IV, VSB # 76543
PARRISH, HOUCK & SNEAD, PLC
701 Kenmore Ave, Suite 100
P.O. Box 7166
Fredericksburg, VA 22401-7166
(540) 373-3500
Fax: (540) 899-6394
parrish@phslawfirm.com
*Counsel for defendant City of Fredericksburg, Virginia*

By:    /s/ John Peterson
John E. Peterson, Jr., VSB # 43609
Lauran G. Stimac, VSB # 74913
Hancock, Daniel, Johnson & Nagle, PC
4701 Cox Rd. Suite 400
Glen Allen, VA 23060
804-967-9604
804-967-9888 – Facsimile
jpeterson@hdjn.com
*Counsel for defendant Carol Hill*

By:    /s/ Neal L. Walters
Neal L. Walters, VSB #32048
SCOTT/KRONER, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
434-296-2161
434-293-2073 – Facsimile
nwalters@scottkroner.com
*Counsel for Plaintiff*